CAUSE NO. 1:21-cv-00136-RP

| | | |
|---|---|---|
| STEPHEN WILLIAMS, | § | In the United States District Court |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | West District of Texas |
| | § | |
| J.B. HUNT TRANSPORT, INC.; J.B. HUNT, | § | |
| LLC; J.B. HUNT GAS & OIL DRILLING, | § | |
| LLC; J.B. HUNT; and KEVIN FAVANT, | § | |
| | § | |
| *Defendants* | § | Travis County, Texas |

## PLAINTIFF'S NOTICE OF FILING OF AFFIDAVITS & RECORDS

Pursuant to Texas Civil Practice and Remedies Code sections 18.001 *et seq.* and Texas Rule of Evidence 902(10), Plaintiff, Stephen Williams, herewith files the following affidavits which may be offered in evidence at the trial in this cause:

| Affidavit Of | Affiant Employed By | Filed With Affidavit |
|---|---|---|
| 1.  Jason Chapman | Austin Radiological Association | Billing Record |
| 2.  Jason Chapman | Hyde Park Surgery Center | Billing Record |
| 3.  Anabel Rangel | Seton Medical Center Hays | Billing Record |
| 4.  Veronica Valadez | Pain Specialists of America | Billing Record |
| 5.  Jason Chapman | TexSpine Consultants | Billing Record |
| 6.  Miriam Dunn | Texas Physical Therapy Specialists | Billing Record |
| 7.  Miriam Dunn | Texas Physical Therapy Specialists | Medical Record |

Copies of these affidavits with accompanying records and bills, including itemized statements of services and charges are attached to the copy of this Notice served to all counsel of record.

PLAINTIFF'S NOTICE OF FILING OF AFFIDAVITS & RECORDS                    Page 1 of 2

Respectfully submitted,

WAYNE WRIGHT, LLP
2550 S. Interstate 35, Suite 100
Austin, TX  78704
Telephone:  (512) 444-0400
Facsimile:  (512) 322-9784



By: _____

DONALD L. CROOK, JR.
State Bar No. 00783901
Email:  dcrook@waynewright.com

MITCHELL L. GINSBURG
State Bar No. 00790765

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of PLAINTIFF'S NOTICE OF FILING OF AFFIDAVITS & RECORDS has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure on this the 30th day of September, 2021, as follows:

Aaron M.  Speer, Esq.
Trey Parham
MAYER LLP
750 N. St. Paul St.
Suite 700
Dallas, TX  75201

☐ CMRRR
☐ Hand Delivery
☐ Fax (214) 379-6939
☐ Regular U.S. Mail
☒ Email:  ASpeer@mayerllp.com &
TParham@mayerllp.com
☐ E-Service

By: _____
    Mitchell Ginsburg